**AND NOW,** this 21ST day of April, 2006, we **AFFIRM** the Order of the Commonwealth Court.

**In the Interest of T.F.**

**Appeal of Commonwealth of Pennsylvania.**

**No. 27 EAP 2004.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 2004.
Decided April 21, 2006.

## ORDER

PER CURIAM.

Appeal dismissed as having been Improvidently Granted.

Former Justice NIGRO did not participate in the decision of this case.